**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6677**

_____

UNITED STATES OF AMERICA,

　　　　　　Plaintiff - Appellee,

　　　v.

JERMAINE ALI HOLLOWAY, JR., a/k/a Glacierboi,

　　　　　　Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:20-cr-00461-D-1)

_____

Submitted:  April 28, 2026　　　　　　　　　　　　　　Decided:  May 1, 2026

_____

Before WILKINSON and GREGORY, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jermaine Ali Holloway, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jermaine Ali Holloway, Jr., appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) motions for a sentence reduction filed in 2023 and 2024.[*]  "We review a district court's decision [whether] to reduce a sentence under 18 U.S.C. § 3582(c)(2) for abuse of discretion and its ruling as to the scope of its legal authority under § 3582(c)(2) de novo."  *United States v. Mann*, 709 F.3d 301, 304 (4th Cir. 2013).  Our review of the record reveals no error.  The court clearly understood its authority to reduce Holloway's sentence and recognized Holloway's postsentencing conduct, but the court declined to grant a reduction based on its review of the 18 U.S.C. § 3553(a) factors.

Accordingly, we affirm the district court's order.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Holloway's informal brief recognizes receiving the district court's August 7, 2025, order.  However, he also alleged that his 2023 motion is still pending in the district court.  The court's August 7 order clearly states that the court ruled on the 2023 and 2024 motions.